**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-514**

_____

In Re:  JEFFREY MAURICE YOUNG-BEY,

Petitioner.

_____

On Petition for Writ of Mandamus. (CR-95-148)

_____

Submitted:  March 17, 1998          Decided:  March 30, 1998

_____

Before WIDENER and WILLIAMS, Circuit Judges, and HALL, Senior Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Jeffrey Maurice Young-Bey, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jeffrey M. Young-Bey has filed a petition for a writ of mandamus from this court seeking an order compelling the district court to: (1) accept his motion filed pursuant to 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997), without requiring him to pay any filing fees or to proceed in forma pauperis; and (2) determine whether his § 2255 motion requires an answer from the Respondent and, if so, issue a show cause order.

Mandamus is a drastic remedy to be used in extraordinary circumstances, and courts are extremely reluctant to grant a writ of mandamus. See In re Beard, 811 F.2d 818, 826-27 (4th Cir. 1987). A petitioner must show that he has a clear right to the relief sought, the respondent has a clear duty to perform the act requested by petitioner, and there is no other adequate remedy available. See In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988). Young-Bey has not made such a showing, because he can request the desired relief in district court and appeal an unsatisfactory decision to this court.

Accordingly, we grant in forma pauperis status and deny Young-Bey's petition for mandamus relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2